```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 12139
   BRIAN POINTER
   JANARA POINTER                                   CHAPTER 13

                                                    JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-7197     SSN XXX-XX-1904

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/08/2007 and was not confirmed.

     The case was dismissed without confirmation 09/17/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------

HSBC MORTGAGE SERVICE     CURRENT MORTG         .00            .00            .00
HSBC MORTGAGE SERVICE     CURRENT MORTG         .00            .00            .00
MARQUETTE CONSUMER FINAN  SECURED VEHIC     17794.00           .00            .00
MARQUETTE CONSUMER FINAN  UNSECURED         NOT FILED          .00            .00
PAYDAY LOAN STORE         SECURED VEHIC       837.00           .00            .00
PAYDAY LOAN STORE         UNSECURED         NOT FILED          .00            .00
ILLINOIS DEPT OF REV      PRIORITY          NOT FILED          .00            .00
ALLIED INTERSTATE         UNSECURED         NOT FILED          .00            .00
AMERICAN COLLECTION       UNSECURED         NOT FILED          .00            .00
BMG MUSIC SERVICE         UNSECURED         NOT FILED          .00            .00
CREDIT BUREAU ACCOUNTS    NOTICE ONLY       NOT FILED          .00            .00
COLUMBIA HOUSE VIDEO      UNSECURED         NOT FILED          .00            .00
CREDIT PROTECTION ASSOCI  UNSECURED         NOT FILED          .00            .00
ENCORE RECEIVABLE MANAGE  UNSECURED         NOT FILED          .00            .00
FREEDMAN ANSEIMO LINDBER  NOTICE ONLY       NOT FILED          .00            .00
GRC                       NOTICE ONLY       NOT FILED          .00            .00
H&F LAW                   UNSECURED         NOT FILED          .00            .00
HARRIS & HARRIS           UNSECURED         NOT FILED          .00            .00
HARRIS & HARRIS           UNSECURED         NOT FILED          .00            .00
HSBC NV                   UNSECURED         NOT FILED          .00            .00
NCO FINANCIAL             NOTICE ONLY       NOT FILED          .00            .00
NICOR GAS                 UNSECURED         NOT FILED          .00            .00
NORTH SHORE AGENCY        NOTICE ONLY       NOT FILED          .00            .00
PENN CREDIT CORP          NOTICE ONLY       NOT FILED          .00            .00
PROGRESSIVE MANAGEMENT S  UNSECURED         NOT FILED          .00            .00
SPRINT                    UNSECURED         NOT FILED          .00            .00
SUPERIOR ASSET MANAGEMEN  NOTICE ONLY       NOT FILED          .00            .00
SOUTHWEST CREDIT          UNSECURED         NOT FILED          .00            .00
UNIVERSITY OF PHOENIX     UNSECURED         NOT FILED          .00            .00
WELL GROUP HEALTH PARTNE  UNSECURED         NOT FILED          .00            .00
WOW INTERNET CABLE        UNSECURED         NOT FILED          .00            .00
HSBC MORTGAGE SERVICE     MORTGAGE ARRE     11253.36           .00            .00
HSBC MORTGAGE SERVICE     MORTGAGE ARRE      4017.00           .00            .00
HSBC MORTGAGE SERVICE     SECURED NOT I         .00            .00            .00
HSBC MORTGAGE SERVICE     SECURED NOT I         .00            .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 12139 BRIAN POINTER & JANARA POINTER
```

```
ASSET ACCEPTANCE LLC      UNSECURED         73.78              .00              .00
CHASE AUTO FINANCE        SECURED NOT I       .00              .00              .00
MICHAEL B DEDIO           DEBTOR ATTY         .00                               .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                       .00
SECURED                                                        .00
UNSECURED                                                      .00
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                           .00
DEBTOR REFUND                                                  .00
                                  ---------------     ---------------
TOTALS                                  .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 12/27/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```